ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
E-mail:      Rachel.Davidson@usdoj.gov
Telephone:   (916) 554-2731
Facsimile:   (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBROUN ABRAHAM ISAAC,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:25-CV-01978-CSK<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND INITIAL SCHEDULING CONFERENCE<br><br>Judge: Hon. Chi Soo Kim<br><br>**Scheduling Conference**:<br>October 28, 2025 @ 10:00 a.m. |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders that the parties' initial scheduling conference, currently set for October 28, 2025 at 10:00 a.m., is continued to November 18, 2025 at 10:00 a.m..

IT IS SO ORDERED.

Dated:  October 24, 2025                                 _____
                                                         HONORABLE CHI SOO KIM
                                                         United States Magistrate Judge